FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAYNE LARGE,<br><br>      Plaintiff,<br><br>  v.<br><br>NC FINANCIAL SOLUTIONS OF ILLINOIS d/b/a NET CREDIT; TRANS UNION, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | No. 4:18-CV-05104-EFS<br><br>**ORDER DISMISSING CASE AGAINST TRANS UNION, LLC** |

On September 27, 2018, the parties filed a Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Trans Union, LLC Only, ECF No. 20. Plaintiff Shayne Large and Defendant Trans Union LLC state that they "stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees." *Id*. As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

  **1.**  The parties' Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, **ECF No. 20**, is **GRANTED.**

ORDER DISMISSING CASE - 1

**2.** All claims against Trans Union, LLC are **DISMISSED WITH PREJUDICE,**[1] with both parties to bear their own costs and attorney fees.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  9th  day of October 2018.

 s/Edward F. Shea 
EDWARD F. SHEA
Senior United States District Judge

---

[1] This Order does not dismiss matters between Plaintiff and Defendant NC Financial Solutions of Illinois d/b/a Net Credit or Experian Information Solutions, Inc.

Q:\EFS\Civil\2018\18-5104.Large.Order Stipulated Dismissal.Lc02.docx

ORDER DISMISSING CASE - 2