FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAYNE LARGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>NC FINANCIAL SOLUTIONS OF ILLINOIS d/b/a NET CREDIT; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | No. 4:18-CV-05014-EFS<br><br>**ORDER DISMISSING CASE** |

On March 27, 2019, Plaintiff Shayne Large filed a "Notice of Dismissal with Prejudice," ECF No. 25. Plaintiff states that he "dismisses all parties from this action with prejudice."[1] *Id.* Defendants NC Financial Solutions of Illinois and Experian Information Solutions have not yet filed an answer, nor have they filed a motion for summary judgment. Therefore, under Federal Rule of Civil Procedure 41(a)(1), Plaintiff may dismiss this action without a court order by filing a notice of dismissal.

---

[1] Plaintiff's notice lists Trans Union LLC as a defendant. However, on October 9, 2018, the Court dismissed the case against Trans Union, LLC, pursuant to their stipulation of dismissal. *See* ECF Nos. 20 & 21. Defendants NC Financial Solutions of Illinois and Experian Information Solutions, Inc, are the only remaining defendants.

As such, consistent with the Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED:**

   **1.** All claims against defendants NC Financial Solutions of Illinois and Experian Information Solutions are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

   **2.** This case shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  28th   day of May 2019.

   s/Edward F. Shea   
EDWARD F. SHEA  
Senior United States District Judge
